1  Michael R. Lozeau (Bar No. 142893)
2  Email: michael@lozeaudrury.com
3  Douglas J. Chermak (Bar No. 233382)
   Email: doug@lozeaudrury.com
4  LOZEAU DRURY LLP
5  1939 Harrison Street, Suite 150
   Oakland, CA 94612
6  Telephone: (510) 836-4200

7
   Sarah Spinuzzi (Bar No. 305658)
8  Email: sarah@coastkeeper.org
9  ORANGE COUNTY COASTKEEPER
   3151 Airway Avenue, Suite F-110
10 Costa Mesa, California 92626
11 Telephone: (714) 850-1965

12 *Attorneys for Plaintiff Orange County Coastkeeper*

13
                **UNITED STATES DISTRICT COURT**
14
                **CENTRAL DISTRICT OF CALIFORNIA**
15

16 ORANGE COUNTY                    Case No. 8:22-cv-01072-FWS-JDE
   COASTKEEPER, a California non-
17 profit corporation,              **REQUEST FOR ENTRY OF**
                                    **CONSENT DECREE**
18
19            Plaintiff,            **Honorable Fred W. Slaughter**
      v.
20

21 ALLOY DIE CASTING CO., a
   corporation,
22
              Defendant.
23

24

25     On November 22, 2022, Plaintiff Orange County Coastkeeper sent a letter to

26 the United States Department of Justice and the United States Environmental

27 Protection Agency to trigger a mandatory 45-day review period to review the

28

[Proposed] Consent Decree entered into by the parties on November 21, 2022.  *See* 33
U.S.C. § 1365(c); 40 C.F.R. § 135.5.  On January 5, 2023, the Department of Justice
sent the parties a letter indicating that the federal agencies had no objection to entry of
the [Proposed] Consent Decree.  That letter is attached hereto as Exhibit 1.
Accordingly, the Parties hereby respectfully request that the Court enter the
[Proposed] Consent Decree filed with the Court contemporaneously with this request.

Respectfully submitted,

Dated: January 9, 2023                 LOZEAU DRURY LLP

                                       /s/ *Douglas J. Chermak*
                                       Douglas J. Chermak
                                       *Attorneys for Plaintiff* ORANGE COUNTY
                                       COASTKEEPER

Dated: January 9, 2023                 SHOOK HARDY & BACON LLP

                                       /s/ *Jad T. Davis*
                                       (as authorized on 1/9/23)
                                       Jad T. Davis
                                       *Attorneys for Defendant* ALLOY DIE
                                       CASTING CO.