1
2
3
4
5
6
7
8
9
10
11
12
13

# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORANGE COUNTY COASTKEEPER, a California non-profit corporation,<br><br>Plaintiff,<br>vs.<br><br>ALLOY DIE CASTING CO., a corporation,<br><br>Defendant. | Civil Case No. 8:22-cv-01072-FWS-JDE<br><br>**CONSENT DECREE**<br><br>**(Federal Water Pollution Control Act, <u>33 U.S.C. § 1251</u> *et seq.*)** |

1

## CONSENT DECREE

2        The following consent decree ("Consent Decree") is entered into by and between

3    Plaintiff Orange County Coastkeeper ("Plaintiff" or "Coastkeeper"), and Alloy Die

4    Casting Co. ("Defendant" or "ADC").  Plaintiff and Defendant are each an individual

5    "Settling Party" and collectively the "Settling Parties."

6        **WHEREAS**, Coastkeeper is a non-profit public benefit corporation;

7        **WHEREAS**, Coastkeeper is dedicated to the preservation, protection, and

8    restoration of the environment, the wildlife and the natural resources of all waters of

9    California, including the Santa Ana River and its tributaries;

10        **WHEREAS**, Defendant operates an aluminum die-casting manufacturing facility

11    located at 6550 Caballero Blvd., Buena Park, California 90620 (the "Facility");

12        **WHEREAS**, the Standard Industrial Classification ("SIC") code applicable to the

13    Facility is 3363 (Aluminum Die-Castings);

14        **WHEREAS**, Coastkeeper alleges that Defendant's operations at the Facility result

15    in discharges of pollutants into waters of the United States and are regulated by the Clean

16    Water Act Sections 301(a) and 402. 33 U.S.C. §§ 1311(a), 1342;

17        **WHEREAS,** Coastkeeper alleges that discharges from the Facility are regulated by

18    the National Pollutant Discharge Elimination System ("NPDES") General Permit No.

19    CAS000001 [State Water Resources Control Board] Water Quality Order No. 92-12-

20    DWQ, as amended by Order No. 97-03-DWQ, as amended by Order No. 2014-0057-

21    DWQ, as amended by Order No. 2015-0122-DWQ, as subsequently amended by Order

22    2018-0028-DWQ (effective July 1, 2020) (collectively, as amended, and as may be

23    subsequently amended from time to time, the "Storm Water Permit" or the "Permit"),

24    issued pursuant to Section 402 of the Federal Water Pollution Control Act, 33 U.S.C. §§

25    1251 *et seq.* (the "Clean Water Act" or the "CWA");

26        **WHEREAS**, Coastkeeper alleges that the Permit requires all permittees, including

27    Defendant, to comply with, *inter alia*, the following mandates: (1) develop and implement

28    a storm water pollution prevention plan ("SWPPP") and a storm  water monitoring

implementation plan ("MIP"), (2) control pollutant discharges using, as applicable, best available technology economically achievable ("BAT") or best conventional pollutant control technology ("BCT") to prevent or reduce pollutants through the development and application of Best Management Practices ("BMPs"), which must be included and updated in the SWPPP, (3) when necessary, implement additional BMPs to reduce and eliminate discharges as necessary to comply with any and all applicable receiving water limitations and/or other requirements set forth in the Permit, including as of July 1, 2020, compliance with the Permit's water-quality based numeric effluent limits ("NELs"), and (4) implement a monitoring and reporting program designed to assess compliance with the Permit;

**WHEREAS**, Coastkeeper alleges that on March 22, 2022, Coastkeeper sent a 60-day notice letter (the "Notice Letter") to Defendant, Sanders Real Estate LLC, its registered agents, the Administrator of the United States Environmental Protection Agency ("EPA"), the Executive Director of the State Water Resources Control Board (the "State Water Board"), the Executive Officer of the Santa Ana Regional Water Quality Control Board (the "Regional Water Board"), and the Acting Regional Administrator of EPA Region IX, alleging violations of the Storm Water Permit and the Clean Water Act at the Facility;

**WHEREAS**, on May 27, 2022, Coastkeeper filed a complaint against Defendant (the "Complaint") in the United States District Court, Central District of California (Civil Case No. 8:22-cv-01072-FWS-JDE) (hereinafter, the "Action");

**WHEREAS**, Coastkeeper alleges Defendant is violating the substantive and procedural requirements of the Permit and the Clean Water Act;

**WHEREAS,** Defendant denies each of Coastkeeper's claims in the Notice Letter and the Complaint;

**WHEREAS**, the Settling Parties agree it is in their mutual interest to enter into a Consent Decree in this Action setting forth terms and conditions appropriate to resolving the allegations set forth in the Notice Letter and the Complaint without further proceedings;

Consent Decree                                3               Civil Case No. 8:22-cv-01072-FWS-JDE

**WHEREAS**, the Settling Parties agree that all references hereinafter to Defendant's future compliance with the Permit shall refer to the then-effective version of the Permit;

**WHEREAS**, capitalized terms used but not defined herein shall have the meanings ascribed to them in the Permit; and

**WHEREAS**, all actions taken by Defendant pursuant to this Consent Decree shall be made in compliance with all applicable Federal and State laws and local rules and regulations.

**NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE SETTLING PARTIES AND ORDERED AND DECREED BY THE COURT AS FOLLOWS:**

1.      The Court has jurisdiction over the subject matter of this Action pursuant to Section 505(a)(1)(A) of the Clean Water Act, 33 U.S.C. § 1365(a)(1)(A).

2.      Venue is appropriate in the Central District of California pursuant to Section 505(c)(1) of the Clean Water Act, 33 U.S.C. § 1365(c)(1), because the Facility is located within the Central District of California.

3.      The Complaint states claims upon which relief may be granted pursuant to Section 505 of the Clean Water Act, 33 U.S.C. § 1365.

4.      Coastkeeper has standing to bring this action.

5.      The Court shall retain jurisdiction over this matter for purposes of enforcing the terms of this Consent Decree for the life of the Consent Decree, or as long thereafter as is necessary for the Court to resolve any motion to enforce this Consent Decree.

**I.      AGENCY REVIEW AND TERM OF CONSENT DECREE**

6.      Plaintiff shall submit this Consent Decree to the United States Department of Justice and EPA (collectively, the "Federal Agencies") within three (3) Court days of the final signature of the Settling Parties for agency review consistent with 40 C.F.R. § 135.5. The Federal Agencies' review period expires forty-five (45) days after receipt of this Consent Decree by the Federal Agencies, as evidenced by certified return receipts, copies of which shall be provided to Defendant upon request. In the event that the Federal Agencies comment negatively on or object to entry of this Consent Decree, the Settling

1  Parties agree to meet and confer to attempt to resolve the issue(s) raised by the Federal

2  Agencies within a reasonable amount of time, not to exceed thirty (30) days.

3      7.      Following expiration of the Federal Agencies' 45-day review period,

4  Coastkeeper shall submit the Consent Decree to the Court for entry.

5      8.      The term "Effective Date" as used in this Consent Decree shall be the date of

6  entry of this Consent Decree by the Court.

7      9.      This Consent Decree shall terminate June 30, 2025, unless (i) an Action Plan

8  (as hereinafter defined) is required per Paragraph 22 below, based on sampling results

9  from the 2024-2025 reporting year[1], in which case the Consent Decree will terminate one

10  reporting year after the complete implementation of the measures described in the Action

11  Plan, and/or (ii) if there is an ongoing, unresolved dispute regarding Defendant's

12  compliance with this Consent Decree, in which case the Consent Decree will terminate

13  within fifteen (15) days' notice by the Plaintiff that the dispute has been fully resolved

14  (hereinafter, "Termination Date," as applicable). The length of time between the Effective

15  Date and the Termination Date shall be the "Term."

16      10.      Notwithstanding Paragraph 9 above, if ADC should cease operations at the

17  Facility and file a Notice of Termination ("NOT") under the Storm Water Permit before

18  the Termination Date, ADC shall send Coastkeeper a copy of the proposed NOT

19  concurrent with the NOT's submittal to the Regional Board. ADC shall be released from

20  all obligations under the Consent Decree, and the Consent Decree will terminate with

21  respect to the Settling Defendant, upon the Regional Water Board's approval of the NOT;

22  provided, however, that within ten (10) days of the Regional Water Board's approval of

23  the NOT, ADC shall notify Coastkeeper in writing of the approval and promptly pay any

24  remaining amounts then due hereunder as provided herein.

25          10.1.   Notwithstanding Paragraph 10 above, this Consent Decree shall remain

26                  effective in connection with an assignment pursuant to Paragraph 50

27                  herein.

28

---

[1] A "reporting year" is July 1 to June 30.

## II.   **COMMITMENTS OF THE SETTLING PARTIES**

### A.   **Storm Water Pollution Control Best Management Practices**

11.     In addition to maintaining the current BMPs at the Facility, ADC either has implemented or shall develop and implement the BMPs identified herein, as well as any other BMPs necessary to comply with the provisions of this Consent Decree and the Storm Water Permit. Specifically, ADC shall develop and implement BMPs to prevent and/or to reduce contamination in storm water discharged from the Facility consistent with the Permit.

12.   Structural BMPs

12.1.   ADC shall install infrastructure that combines the stormwater flows from the current DP#1 and DP#2 storm water discharge locations into a single discharge location.  This combined discharge shall be routed through a multi-stage storm water treatment system as described in Exhibit 1.  The system shall be designed, at a minimum, to treat the maximum flow rate of runoff produced by the 85th percentile hourly rainfall intensity, as determined from local historical rainfall records, multiplied by a factor of two.

12.2.   ADC shall install infrastructure that combines the storm water flows from the current DP#3 and DP#4 stormwater discharge locations, as well as the runoff from the downspouts from the Casting Room roof into a single discharge location.  This combined discharge shall be routed through a multi-stage storm water treatment system as described in Exhibit 1.  The system shall be designed, at a minimum, to treat the maximum flow rate of runoff produced by the 85th percentile hourly rainfall intensity, as determined from local historical rainfall records, multiplied by a factor of two.

12.3.   Within thirty (30) days of the Effective Date, ADC will prepare and submit the documents necessary to obtain all legally required permits,

approvals, and authorizations necessary for the BMPs described in Paragraphs 12.1 and 12.2. ADC shall notify Coastkeeper within ten (10) days of receipt of all legally required permits, approvals and authorizations for installing and implementing the advanced treatment systems.

12.4.   ADC will install and implement the BMPs described in Paragraphs 12.1 and 12.2 as soon as practicable, subject to the availability of the necessary equipment and contractor availability, but no later than ninety (90) days, after receipt of all required permits, approvals and authorizations. To the extent any of the BMPs outlined in Paragraphs 12.1 and 12.2 may proceed without any permits, approvals and authorizations described in the previous paragraphs, ADC will install such BMPs as soon as practicable, subject to the availability of the necessary equipment and contractor availability, but no later than ninety (90) days after the Effective Date.

12.5.   To better contain materials inside the dock area and keep them out of storm water flows at the Facility, ADC shall install a metal angle (about 3 inches by 10 feet) that will be designed to prevent any spills inside the dock area at Dock Area #4. ADC's water treatment system will be designed to capture and treat any spills in this area. ADC will implement the requirements in this Paragraph 12.5 within thirty (30) days of the Effective Date.

12.6.   ADC shall fill the cracks in the pavement in the areas indicated on Exhibit 2 within thirty (30) days of the Effective Date.

13.   Non-structural BMPs

13.1.   ADC has purchased a PowerBoss Atlas Rider Sweeper with Four Stage Dust filtration. Within thirty (30) days of the Effective Date, ADC shall begin sweeping all paved areas of the Facility at least once a week and

within 24 hours before a forecasted rain event of more than .25 inches of rain in a 24 hour period.

13.2.    ADC has cleaned up a spill in Dock Area No. 4 resulting from an accident caused by a die cast provided by an ADC customer.  To ensure such accidents do not occur in the future, ADC maintains standard operating procedures to allow for ACD to inspect die cast prior to use and also to comply with customers' procedures for using customers' die casts.

14.    Confirmation of Completion. ADC shall provide Coastkeeper with written documentation, including photographs, demonstrating that the required BMPs have been implemented in compliance with Paragraphs 12.1 through 12.6 above within fifteen (15) days of completion in each case. ADC shall diligently (i) file and pursue all required permit applications for any structural BMPs and (ii) procure contractors, labor, and materials needed to complete all BMPs by the required deadlines.

**B.    Storm Water Sampling**

15.    Sampling. The following storm water monitoring procedures shall be implemented at the Facility:

15.1.    Frequency. During the Term of this Consent Decree, ADC shall collect samples from at least four (4) qualified storm events ("QSEs") as defined in and required by the Permit in each reporting year (i.e., two QSEs during the first half of the reporting year and two QSEs during the second half of the reporting year). QSEs, as defined in the Storm Water Permit, are precipitation events that produce a discharge from at least one (1) drainage area and are preceded by forty-eight (48) hours with no discharge from any drainage area. If a particular QSE does not produce sufficient run-off to cause a discharge from the Facility's outfall, ADC shall record the lack of discharge in the storm water sampling visual observation records required pursuant to Section XI

of the Permit. If, prior to March 1 of a reporting year, ADC has collected samples from two (2) or fewer QSEs, ADC shall, to the extent feasible, collect samples during as many QSEs as necessary for the remainder of the reporting year until a minimum of four (4) storm events have been sampled for the reporting year. No two (2) samples may be from the same storm event. The requirement to sample four (4) QSEs per reporting year shall not apply to the extent there are fewer than four (4) QSEs in any given reporting year, if ADC has otherwise complied with this Paragraph.

15.2.  <u>Documentation</u>. To document the storm water discharge and discharge location, an employee shall take photographs of the storm water discharge and discharge location when samples are collected (the "Sampling Photographs").

15.3.  <u>Parameters</u>. Subject to the provisions of Section XI.C.7 of the Permit, all samples collected pursuant to this section shall be analyzed for the parameters listed in Table 1 herein.

15.4.  <u>Lab</u>. Except for pH samples, a laboratory accredited by the State of California shall analyze all samples collected pursuant to this Consent Decree. Unless otherwise required by the Storm Water Permit, analysis of pH shall be completed onsite using a calibrated portable instrument for pH in accordance with the manufacturer's instructions.

15.5.  <u>Detection Limits</u>. ADC shall require that the laboratory use analytical methods adequate to detect the individual parameters at or below the values specified in Table 1 or the Storm Water Permit, whichever is lower.

15.6.  <u>Holding Time</u>. All samples collected from the Facility shall be delivered to the laboratory and analyzed within the holding times required in 40 CFR Part 136.

15.7.    <u>Results</u>. ADC shall request that sample-analysis results and associated chain of custody forms be reported to them within thirty (30) business days of laboratory receipt of the sample.

15.8.    <u>Reporting</u>. ADC shall (i) submit sampling results to the State Water Resources Control Board's Stormwater Multiple Application and Report Tracking System ("SMARTS") in accordance with the Permit and (ii) within twenty-four (24) hours of said submission, ADC shall notify Coastkeeper when it submits sampling results to SMARTS.

**C.    Visual Observations**

16.    <u>Storm Water Discharge Observations</u>. During the Term of this Consent Decree, ADC shall conduct visual observations during every QSE discharge sampling event at each location where storm water is discharged from the Facility consistent with the Permit.

17.    <u>Non-Storm Water Discharge Observations</u>. During the Term of this Consent Decree, ADC shall conduct monthly non-storm water visual observations consistent with the Permit.

18.    <u>Visual Observation Records</u>. ADC shall maintain observation records to document compliance with Paragraphs 16 and 17 above, and shall provide Coastkeeper with copies of such records within ten (10) days of receipt of Coastkeeper's written request.

**D.    Employee Training**

19.    Within thirty (30) days of the Effective Date, ADC or its consultant (which for the purposes of this Paragraph 19 shall be collectively referred to as "ADC") shall develop and implement an employee training program that meets the following requirements and ensures (1) there is a sufficient number of employees at the Facility designated to achieve compliance with the Permit and this Consent Decree (the "Designated Employees"); (2) such Designated Employees are properly trained to perform the required activities to achieve compliance with the Storm Water Permit, the Facility

SWPPP, and this Consent Decree;  and, (3) all ADC employees at the Facility receive basic information regarding storm water housekeeping and best practices (the "Training Program").  At a minimum, the Training Program shall include the following:

19.1.  <u>Non-Storm Water Discharges</u>. All employees shall be trained on the Permit's prohibition of non-storm water discharges so that employees know what non-storm water discharges are, that non-storm water discharges can result from improper surface washing or dust control methods, and how to detect and prevent non-storm water discharges.

19.2.  <u>SWPPP and BMPs</u>. ADC shall train all Designated Employees on the SWPPP and, specifically, BMP implementation and/or maintenance, as applicable, to ensure BMPs are implemented effectively to prevent the exposure of pollutants to storm water, prevent the discharge of contaminated storm water, and ensure the proper treatment of storm water at the Facility. Designated Employees shall be trained on proper operational procedures and control measures as well as appropriate hazardous materials use and hazardous waste control and disposal procedures. All training must include the requirements of the Permit and this Consent Decree including the additional BMPs outlined in Paragraphs 12 and 13 above.

19.3.  <u>Visual Observation</u>.  ADC shall designate and train an adequate number of Designated Employees necessary to collect storm water samples from each discharge location at the Facility and conduct visual monitoring as required by this Consent Decree. The training shall include the proper sampling protocols, including chain of custody requirements, to ensure storm water samples are properly collected, stored, and submitted to a certified laboratory.

19.4.  <u>Storm Water Sampling</u>. ADC shall designate an adequate number of Designated Employees necessary to collect storm water samples as

required by this Consent Decree and the Permit. The Training Program shall include training sufficient to ensure (i) proper sampling protocols, including chain of custody requirements, are followed at all times and (ii) storm water samples are properly collected, stored, and submitted to a certified laboratory.

19.5.   <u>Training Implementation</u>. Training shall be provided by a Qualified Industrial Storm Water Practitioner (a "QISP," as defined in Section IX.A of the Permit) familiar with the requirements of this Consent Decree and the Permit.

19.6.   <u>Language</u>. The Training Program shall be conducted and all training materials shall be made available in the language in which the employee(s) participating in the Training Program are fluent. If necessary to accomplish the foregoing or where translation would otherwise contribute to (i) staff comprehension of the Training Program and/or (ii) compliance with this Consent Decree and the Permit, ADC shall provide translation services at all training sessions and of training materials.

19.7.   <u>Training Program Frequency</u>. The Training Program shall be repeated annually or more frequently as necessary to ensure all relevant employees are familiar with the requirements of this Consent Decree and the Permit. All new Designated Employees shall receive this training within thirty (30) days of hiring or sooner if necessary to ensure training is received before assuming responsibilities for compliance with this Consent Decree or the Permit.

20.   <u>Training Records</u>. ADC shall maintain training records to document compliance with this paragraph, and shall provide Coastkeeper with a copy of such records within ten (10) days of receipt of Coastkeeper's written request.

**E.      Exceedance Response Actions**

21.      By January 2, 2023, ADC submit to SMARTS a Level Exceedance Response Action ("ERA") Technical Report for copper, zinc, and aluminum.  Within ten (10) days of submittal, ADC shall email Coastkeeper with a copy of said report.

**F.      Reduction of Pollutants in Discharges**

22.      <u>Storm Water Contaminant Reduction</u>. ADC shall develop and implement BMPs such that contaminants in storm water discharges from the Facility maintain concentrations that are equal to or less than the values set forth in Table 1 below ( "Table 1 Values").  Failure to achieve Table I Values shall not be deemed a violation of this Consent Decree so long as ADC continues to make timely and diligent efforts as required by the Permit and herein to further reduce the level of pollutants in the discharges.  During the Term of this Consent Decree following implementation of the BMPs outlined in Paragraphs 12 and 13, ADC shall be required to comply with the Action Plan requirements set forth in Paragraph 23 below only if there are two exceedances of the same pollutant (*e.g.* two exceedances of Total Recoverable Copper are two exceedances that trigger an Action Plan, but one Total Recoverable Copper exceedance and one Dissolved Copper exceedance does not constitute two exceedances and an Action Plan is not triggered) of any of the numeric values for storm water discharges set forth in Table 1 below in the same reporting year.  There are no other requirements in this Consent Decree that require ADC to comply with the Action Plan requirements set forth in Paragraph 23 below.

**Table 1. Numeric Values for Storm Water Discharges**

| Parameter | Limit | Source of Limit |
|---|---|---|
| pH | 6.5 – 8.5 S.U. | Basin Plan |
| Total Suspended Solids | 100 mg/L | Permit NAL |
| Oil and Grease | 15 mg/L | Permit NAL |
| Total Recoverable Zinc | 0.158 mg/L | Permit NEL |
| Total Recoverable Copper | 0.027 mg/L | Permit NEL |
| Total Recoverable Aluminum | 0.75 mg/L | Permit NAL |
| Dissolved Copper | 0.013 mg/L | California Toxics Rule ("CTR")[2] |
| Dissolved Zinc | 0.12 mg/L | CTR |

23.    <u>Action Plan</u>. In the event the requirement to prepare an Action Plan is triggered at the Facility pursuant to Paragraph 22 above, ADC shall prepare and submit to Coastkeeper a plan for reducing and/or eliminating the discharge of the contaminant in question (an "Action Plan").  In any reporting year that an Action Plan is required, such Action Plan shall be submitted to Coastkeeper within ninety (90) days of the triggering event as defined in Paragraph 22 above.

23.1.    <u>Requirements</u>. Each Action Plan submitted shall include: (1) the identification of each contaminant discharged in excess of the limits set forth in Table 1 in Paragraph 22; (2) an assessment of the source of each contaminant discharged in excess of the limits set forth in Table 1 in Paragraph 22; (3) the identification of additional BMPs, including further storm water treatment or other appropriate measures, that ADC shall implement in an attempt to achieve compliance with the limits set forth in Table 1 in Paragraph 22; and, (4) proposed time estimates for ADC to implement any proposed BMPs. The time schedule(s) for implementation shall ensure all BMPs are implemented as soon as possible, but in no event later than ninety (90) days following the

---

[2] 40 C.F.R. 131.38

submission of the Action Plan, unless a later implementation date is mutually agreed upon by the Settling Parties.

23.2.   Action Plan Review. Coastkeeper shall have thirty (30) days upon receipt of ADC's Action Plan to provide ADC with comments. Within thirty (30) days of receiving Coastkeeper's comments on the Action Plan, ADC shall either: accept and incorporate Coastkeeper's comments into the Action Plan or justify in writing to Coastkeeper why any comment by Coastkeeper will not be incorporated into the Action Plan. Any disputes regarding the adequacy of a particular BMP shall not impact the schedule for implementing any other BMP set forth in the Action Plan. Any disputes as to the adequacy of the Action Plan and/or relating to Coastkeeper's comments shall be resolved pursuant to the dispute resolution provisions of this Consent Decree, set forth in Section III below.

24.   When an Action Plan is completed, ADC shall revise the Facility SWPPP within thirty (30) days of completion of the Action Plan to reflect the changes required by the Action Plan.  ADC shall notify Coastkeeper in writing when the Action Plan has been implemented and shall submit the revised SWPPP to Coastkeeper for review and comment as set out in Paragraphs 27 and 28 below.

25.   Action Plan Payments. If ADC is required to submit an Action Plan to Coastkeeper in accordance with Paragraph 23 above, ADC shall make a payment of Five Thousand Dollars ($5,000.00) to Coastkeeper per Action Plan concurrently with each Action Plan submittal. Such payment shall be delivered via certified mail or overnight delivery to: Orange County Coastkeeper, 3151 Airway Avenue, Suite F-110, Costa Mesa, CA 92626, unless made via wire transfer.

G.   **Storm Water Pollution Prevention Plan**

26.   SWPPP.  Within thirty (30) days of the Effective Date, ADC shall amend the Facility's SWPPP to incorporate the requirements of the Permit and this Consent Decree,

including but not limited to the following:

    26.1.     Include an Annual Evaluation pursuant to Section X.A.9 of the Permit;

    26.2.     Update the Facility map to show the new storm water discharge locations, the rooftop drainages from the Casting Room, the vehicle maintenance area and the locations of nearby municipal storm drain inlets that receive the Facility's storm water discharges;

    26.3.     Include the following in the pollutant source assessment:

        26.3.1.    Rooftop vents from die casting equipment on the Die Cast building;

        26.3.2.    Rooftop vents from the Casting Room building; and

        26.3.3.    Processes and equipment causing spattering on the wall and ceiling in Dock Area #4, as all as oily residue accumulation;

    26.4.     Identify the following non-storm water discharges:

        26.4.1.    Air compressor condensate;

        26.4.2.    Steam vents from indoor processes and cooling tower by the Die Cast Building;

        26.4.3.    Air conditioning condensate;

        26.4.4.    Hose bib next to the dust collector on the north side of the Main Building; and

        26.4.5.    Cooling tower overspray;

    26.5.     Update the SWPPP to include the required TMDL NEL exceedance information pursuant to Section VII.C.3 of the Permit; and,

    26.6.     Update Facility BMPs as set forth in this Consent Decree.

    27.   <u>Revising the SWPPP</u>. ADC shall revise the Facility SWPPP if there are any changes in the Facility's operations, including but not limited to changes to storm water discharge point(s) or changes or additions to the BMPs at the Facility, whether made pursuant to an Action Plan or not, within thirty (30) days of the occurrence of any of the

1   above-listed events.

2        28.    Commenting on Revised SWPPPs. ADC shall submit each revised SWPPP

3   to Coastkeeper for review and comment within thirty (30) days of its completion.

4   Coastkeeper shall provide comments, if any, to ADC within thirty (30) days of receipt of

5   the revised SWPPP.  Within thirty (30) days of receiving Coastkeeper's comments on the

6   revised SWPPP, ADC shall either: incorporate Coastkeeper's comments into the revised

7   SWPPP or send Coastkeeper a letter explaining why ADC did not incorporate

8   Coastkeeper's comments into the revised SWPPP.  Any disputes as to the adequacy of a

9   revised SWPPP shall be resolved pursuant to the dispute resolution provisions of this

10   Consent Decree, set out in Section III below.

11     **H.**   **Compliance Monitoring and Reporting**

12        29.    Site Inspections.  Coastkeeper and its representatives may conduct one (1)

13   wet weather site inspection and one (1) dry weather site inspections per year at the Facility

14   during the Term of this Consent Decree. In the event of a dispute between the Settling

15   Parties regarding Defendant's compliance with this Consent Decree, and provided a site

16   inspection would be relevant to resolving such dispute, the Settling Parties agree to meet

17   and confer regarding additional site inspections, which inspections shall not be

18   unreasonably denied.

19          29.1.    The site inspections shall occur during normal business hours.

20              Coastkeeper shall provide ADC with forty-eight (48) hours' notice

21              prior to any wet weather site inspection and seventy-two (72) hours'

22              notice prior to any dry weather site inspection. Notice will be provided

23              via electronic mail to the notice recipient(s) designated in Paragraph

24              48 below. For any site inspection requested to occur in wet weather,

25              Coastkeeper shall be entitled to adjust timing during normal business

26              hours or reschedule the inspection for an alternative date during

27              normal business hours in the event that the forecast changes and

28              anticipated precipitation appears unlikely, and thus frustrates the

1    purpose of visiting the Facility in wet weather.  As used throughout

2    this Paragraph 29.1, "normal business hours" shall mean and refer to

3    the Facility operating hours as identified in the Facility SWPPP.

4    29.2.    During the site inspections, Coastkeeper and its representatives shall

5    be allowed reasonable access to the Facility's SWPPP, visual

6    observation records, employee training records, and other monitoring

7    records, reports, photographs, and sampling data for the Facility

8    related to ADC's compliance with the Permit and the Consent Decree.

9    Coastkeeper shall not have access to ADC's records, reports,

10   photographs, and data that do not relate to ADC's compliance with the

11   Permit and the Consent Decree.  Coastkeeper shall not have access to

12   ADC's confidential employee records.

13   29.3.    During the site inspections, Coastkeeper and/or its representatives may

14   inspect and collect samples of discharges from the Facility and take

15   photos and/or videos related to Permit and/or Consent Decree

16   compliance. A certified California laboratory shall analyze samples

17   collected by Coastkeeper and copies of the lab reports shall be

18   provided to ADC within five (5) business days of Coastkeeper's

19   receipt.  All photographs and videos taken during a site inspection shall

20   be treated as confidential consistent with ADC's corporate policy

21   generally prohibiting the taking of pictures and videos at the Facility.

22   Within ten (10) days after a site inspection, Coastkeeper shall provide

23   ADC with a duplicate set of any photographs and videos that were

24   taken.

25   30.    Compliance Monitoring and Oversight. ADC agrees to partially defray costs

26   associated with Coastkeeper's monitoring of ADC's compliance with this Consent Decree

27   in the total amount of thirty-five thousand dollars and zero cents ($35,000.00).  Such

28   payment shall be made within forty-five (45) days of the Effective Date.  Payment shall

be delivered via certified mail or overnight delivery to: Orange County Coastkeeper, 3151 Airway Avenue, Suite F-110, Costa Mesa, CA 92626, unless made via wire transfer.

31.     Reporting and Document Provision.   During the Term of this Consent Decree, ADC shall provide Coastkeeper with a copy of all non-privileged and non-confidential documents, monitoring and/or sampling data, written communications, and/or correspondence related to water quality at the Facility that are submitted to the Regional Water Board, State Water Board, and/or any Federal, State, or local agency, county, or municipality. Such reports and documents shall be provided to Coastkeeper concurrently as they are sent to the agencies, counties, and/or municipalities. Any non-privileged and non-confidential documents, written communications, and/or correspondence related to Defendant's compliance with the Permit and/or to storm water quality received by Defendant from any Federal, State, or local agency, county or municipality shall be provided to Coastkeeper within ten (10) business days of receipt by ADC.

**I.     Environmental Mitigation Project, Litigation Fees and Costs, Stipulated Penalties and Interest**

32.     Environmental Mitigation Project. To remediate the environmental harms alleged to have resulted from the allegations in the Complaint, ADC agrees to make a payment in the total amount of thirty thousand dollars and zero cents ($30,000.00) to the Pacific Marine Mammal Center to fund environmental project activities that will benefit Southern California waters, including restoration and/or preservation of the San Gabriel River watershed. The payment shall be made by check, payable to Pacific Marine Mammal Center, and sent by overnight mail to: Glenn Gray, Pacific Marine Mammal Center, 20612 Laguna Canyon Rd, Laguna Beach, CA 92651. The payments shall be made within forty-five (45) days of the Effective Date.  ADC shall provide Coastkeeper with a copy of such payment and copy Coastkeeper and its attorneys on any related correspondence.

33.     Coastkeeper's Fees and Costs. To partially reimburse Coastkeeper for its

investigation fees and costs, expert/consultant fees and costs, reasonable attorneys' fees, and other costs incurred as a result of investigating and filing the lawsuit and negotiating resolution of this matter, ADC shall pay a total amount of one hundred thousand dollars and zero cents ($100,000.00) within forty-five (45) days of the Effective Date delivered via certified mail or overnight delivery to: Orange County Coastkeeper, 3151 Airway Avenue, Suite F-110, Costa Mesa, CA 92626, unless made via wire transfer.

34.     <u>Stipulated Payment</u>. ADC shall make a stipulated remediation payment of $1,000 (one thousand Dollars) for any and each missed deadline specified in this Consent Decree not previously extended in writing by the Settling Parties. Payments for a missed deadline shall be made for the restoration and/or improvement of the watershed in the area affected by Defendant's discharges and shall be made to the Friends of Harbors, Beaches, and Parks, Inc. identified above and delivered via check or wire transfer. ADC agrees to make the stipulated payment within forty-five (45) days of the missed deadline. ADC shall provide Coastkeeper with a copy of each such payment at the time it is made.

35.     <u>Interest on Late Payments</u>. ADC shall pay interest on any payments, fees, or costs owed to Coastkeeper under this Consent Decree that Coastkeeper does not receive by the due date. The interest shall accrue starting the first day after the payment was due and shall be computed at a rate of 1.5% per month (18% per year).  Interest on late payments shall be made payable to Coastkeeper and delivered via certified mail or overnight delivery to: Orange County Coastkeeper, 3151 Airway Avenue, Suite F-110, Costa Mesa, CA 92626, unless made via wire transfer.

## III.   **DISPUTE RESOLUTION**

36.     <u>Court Enforcement Authority</u>.  This Court shall retain jurisdiction over this matter for the Term of this Consent Decree for the purposes of enforcing the terms and conditions, and adjudicating all disputes among the Settling Parties that may arise under the provisions of this Consent Decree. The Court shall have the power to enforce this Consent Decree with all available legal and equitable remedies, including contempt.

37.     <u>Meet and Confer</u>. A Settling Party shall invoke the dispute resolution

procedures of this Section III by notifying all other Settling Parties in writing of the matter(s) in dispute and the disputing party's proposal for resolution. The Settling Parties shall then meet and confer in good faith (either telephonically or in person) within ten (10) days from the date of the notice in an attempt to fully resolve the dispute within thirty (30) days. The Settling Parties may elect to extend this time in an effort to resolve the dispute without court intervention.

38. <u>Formal Resolution</u>. If the Settling Parties cannot resolve a dispute through the meet and confer process discussed above, the party initiating the dispute resolution provision may invoke formal dispute resolution by filing a motion before the United States District Court for the Central District of California. The Settling Parties agree to request an expedited hearing schedule on the motion.

39. <u>Fees and Costs</u>. If intervention by the District Court is required, civil penalties and litigation costs and fees incurred in conducting the meet and confer or otherwise addressing and/or resolving any dispute, including an alleged breach of this Consent Decree, shall be awarded to the prevailing or substantially prevailing party in accordance with the standard established by Section 505 of the Clean Water Act, <u>33 U.S.C. §§ 1365(d)</u> and <u>1319(d)</u>.

## IV. <u>MUTUAL RELEASE OF LIABILITY AND COVENANT NOT TO SUE</u>

40. <u>Coastkeeper's Release</u>. Upon the Effective Date of this Consent Decree, Coastkeeper, on its own behalf and on behalf of its current and former officers, directors, employees, and its successors and assigns, and its agents, attorneys, and other representatives, hereby releases Defendant (and each of their current and former officers, directors, members, employees, shareholders, parents, subsidiaries, divisions, affiliates, and each of their predecessors, successors and assigns, and each of their agents, attorneys, consultants, and other representatives) of and from, and waives all Clean Water Act claims which were or could have been asserted in the Notice Letter, Complaint, and Action up to and including the Termination Date of this Consent Decree.

41. <u>Defendant's Release</u>. Upon the Effective Date of this Consent Decree,

Defendant, on its own behalf and on behalf of its current and former officers, directors, employees, members, and each of its successors and assigns, and its agents, attorneys, and other representatives, hereby releases Coastkeeper (and its current and former officers, directors, employees, members, parents, subsidiaries, and affiliates, and each of their successors and assigns, and their agents, attorneys, and other representatives) of and from, and waives all claims which arise from or pertain to this action, including all claims for fees (including fees of attorneys, experts, and others), costs, expenses or any other sum incurred or claimed for matters related to, or which could have been asserted in response to, Coastkeeper's Complaint up to and including the Termination Date of this Consent Decree.

42.    No Limitation of Advocacy Rights. Other than with regards to matters waived pursuant to Paragraphs 40 and 41, nothing in this Consent Decree limits or otherwise affects Coastkeeper's rights, including during the term of this Consent Decree, to address or take any position it deems necessary or appropriate in formal or informal proceedings before the State Water Board, Regional Water Board, any other regulatory agency, or any other judicial or administrative body on any other matter relating to ADC's compliance with the Permit or the Clean Water Act occurring or arising after the Effective Date of the Consent Decree.

V.    **MISCELLANEOUS PROVISIONS**

43.    No Admission of Liability.  Neither this Consent Decree, the implementation of additional BMPs, nor any payment made pursuant to this Consent Decree shall constitute or be construed as a finding, adjudication, admission or acknowledgment of any fact, law, or liability, nor as an admission of violation of any law, rule, or regulation by ADC.

44.    Force Majeure. No Settling Party shall be considered to be in default in the performance of any of its respective obligations under this Consent Decree when performance becomes impossible due to an event of Force Majeure. Force Majeure includes any act of God, war, fire, earthquake, windstorm, flood or natural catastrophe;

civil disturbance, vandalism, pandemic, sabotage or terrorism; restraint by court order or public authority or agency; or action or non-action by, or inability to obtain the necessary authorizations or approvals from any governmental agency.  A Force Majeure shall not include normal inclement weather, economic hardship, inability to pay, or employee negligence.  Any party seeking to rely upon this paragraph to excuse or postpone performance shall have the burden of establishing that it could not reasonably have been expected to avoid the Force Majeure event and which by exercise of due diligence has been unable to overcome the failure of performance. The Settling Parties shall exercise due diligence to resolve and remove any Force Majeure event.  Delay in compliance with a specific obligation under this Consent Decree due to Force Majeure as defined in this paragraph shall not excuse or delay compliance with any or all other obligations required under this Consent Decree.

45.   <u>Construction</u>. The language in all parts of this Consent Decree shall be construed according to its plain and ordinary meaning, except as to those terms defined in the Permit, the Clean Water Act, or specifically herein. The captions and paragraph headings used in this Consent Decree are for reference only and shall not affect the construction of this Consent Decree.

46.   <u>Choice of Law</u>. The laws of the United States shall govern this Consent Decree.

47.   <u>Severability</u>. In the event that any provision, paragraph, section, or sentence of this Consent Decree is held by a court to be unenforceable, the validity of the enforceable provisions shall not be adversely affected.

48.   <u>Correspondence</u>. All documents and/or notices required herein or any other correspondence pertaining to this Consent Decree shall be sent by electronic mail or, if electronic mail transmission is not feasible, via certified U.S. Mail with return receipt, or courier, as follows:

If to Plaintiff:

Orange County Coastkeeper
Attn: Legal Department
3151 Airway Avenue, Suite F-110
Costa Mesa, California 92626
Email: Sarah@coastkeeper.org

If to ADC:

Maeli Garcia
Alloy Die Casting Co.
6550 Caballero Blvd.
Buena Park, CA 90620

mgarcia@adc-aerospace.com

With a copy to:

Jad T. Davis
Shook, Hardy & Bacon L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, CA 92614
jtdavis@shb.com


Any change of address or addresses shall be communicated in the manner described above for giving notices. Notifications of communications shall be deemed submitted immediately after receipt via email or the next business day after having been deposited with an overnight mail/delivery service.

49.     Effect of Consent Decree. Nothing in this Consent Decree shall be construed to affect or limit in any way Defendant's obligation to comply with all Federal, State, and local laws and regulations governing any activity required by this Consent Decree. Compliance with this Consent Decree shall not be deemed to constitute compliance with the Permit, the Clean Water Act, or any other law, rule, or regulation.

50.     ADC Assignment. Subject only to the express conditions contained in this

Consent Decree, all of the rights, duties and obligations contained in this Consent Decree shall inure to the benefit of and be binding upon the Settling Parties, and their successors and assigns. In the event an ADC transferee or assign ("ADC Assignee") will continue industrial operations at the Facility, ADC shall notify Coastkeeper ten (10) business days in advance of the proposed transfer or assignment ("the Assignment Notice") and within ten (10) business days following the Assignment Notice, ADC will provide Coastkeeper with a written assignment and assumption duly executed by ADC and the ADC Assignee assigning ADC's obligations under this Consent Decree to the ADC Assignee.

51. <u>Counterparts</u>. This Consent Decree may be executed in any number of counterparts, all of which together shall constitute one original document. Telecopy, email of a .pdf signature, and/or facsimile copies of original signature shall be deemed to be originally executed counterparts of this Consent Decree.

52. <u>Modification of the Consent Decree</u>. This Consent Decree, and any provisions herein, may not be changed, waived, discharged, extended, or terminated unless by a written instrument, signed by the Settling Parties and approved by the Court. Unless otherwise specified herein, any request to modify any provision of the Consent Decree, including, but not limited to, any deadline(s) set forth herein, must be made in writing at least fourteen (14) days before the existing deadline(s) applicable to the provision(s) proposed to be modified.

53. <u>Full Settlement</u>. This Consent Decree constitutes a full and final settlement of this matter.

54. <u>Negotiated Settlement</u>. The Settling Parties have negotiated this Consent Decree and agree that it shall not be construed against the party preparing it, but shall be construed as if the Settling Parties jointly prepared this Consent Decree, and any uncertainty and/or ambiguity shall not be interpreted against any one party.

55. <u>Integration Clause</u>. This is an integrated Consent Decree. This Consent Decree is intended to be a full and complete statement of the terms of the agreement between the Settling Parties and expressly supersedes any and all prior oral or written

1  agreements covenants, representations, and warranties (express or implied) concerning the

2  subject matter of this Consent Decree.

3       56.     <u>Authority</u>. The undersigned representatives for Plaintiff and Defendant each

4  certify s/he is fully authorized by the party whom s/he represents to enter into the terms

5  and conditions of this Consent Decree. The Settling Parties certify that their undersigned

6  representatives are fully authorized to enter into this Consent Decree, to execute it on

7  behalf of the Settling Parties, and to legally bind the Settling Parties to its terms.

8       57.     <u>Validity</u>. The Settling Parties agree to be bound by this Consent Decree and

9  not to contest its validity in any subsequent proceeding to implement or enforce its terms.

10

11                        [Remainder of this page intentionally left blank]

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    **IN WITNESS WHEREOF**, the undersigned have executed this Consent Decree

2    as of the date first set forth below.

3    APPROVED AS TO CONTENT

4

5    Dated: ___November 22___, 2022        By: _____
6                                                Garry Brown
7                                                Orange County Coastkeeper

8

9    Dated: _____, 2022          By: _____
                                                 Rick Simpson
10                                               Alloy Die Casting Co.

11

12   APPROVED AS TO FORM

13

14                                           ORANGE COUNTY COASTKEEPER

15

16   Dated: _____, 2022          By: _____
                                                 Sarah Spinuzzi
17                                               Attorneys for Plaintiff

18                                           SHOOK HARDY & BACON L.L.P.

19

20   Dated: ___November 21___, 2022        By: _____
21                                               Jad T. Davis
22                                               Attorney for Defendant

23

24   **IT IS SO ORDERED.**                    UNITED STATES DISTRICT COURT
25                                            CENTRAL DISTRICT OF CALIFORNIA

26

27   Dated: January 18, 2023                 _____
28                                            Honorable Fred W. Slaughter

---

Consent Decree                27          Civil Case No. 8:22-cv-01072-FWS-JDE

1       **IN WITNESS WHEREOF**, the undersigned have executed this Consent Decree

2   as of the date first set forth below.

3   APPROVED AS TO CONTENT

4

5   Dated: _____, 2022      By: _____

6                                Garry Brown

7                                Orange County Coastkeeper

8

9   Dated: _____November 21__, 2022    By: _____

10                              Rick Simpson
                               Alloy Die Casting Co.

11

12

13   APPROVED AS TO FORM

14                                ORANGE COUNTY COASTKEEPER

15

16   Dated: _____, 2022      By: _____

17                                Sarah Spinuzzi
                               Attorneys for Plaintiff

18                                SHOOK HARDY & BACON L.L.P.

19

20   Dated: _____, 2022      By: _____

21                                Jad T. Davis

22                                Attorney for Defendant

23

24   **IT IS SO ORDERED.**           UNITED STATES DISTRICT COURT

25                                CENTRAL DISTRICT OF CALIFORNIA

26

27   Dated: _January 18, 2023____ ,2022    _____

28                                Honorable Fred W. Slaughter

## Appendix A –

## Requirements of Alloy Die Company Pursuant to Consent Decree

(Included here for convenience only, provisions of Consent Decree above control.  Note Appendix A does not include standard Permit requirements that may also be reflected in Consent Decree above.)

| Requirement | Section of CD | Deadline |
|---|---|---|
| Submit the documents necessary to obtain all legally required permits, approvals, and authorizations in order to install infrastructure to combine stormwater flows at DP#1/DP#2 and DP#3/DP#4 and implement multi-stage stormwater treatment systems. | II.A.12 | Effective Date + 30 days |
| Notify Coastkeeper of receipt of all legally required permits, approvals and authorizations for installing and implementing the advanced treatment systems. | II.A.12 | Within 10 days of receipt |
| Implement advanced stormwater treatment systems. | II.A.12 | Within 90 days after receipt of all required permits, approvals and authorizations |
| Install a metal angle inside the dock area at Dock Area #4. | II.A.12 | Effective Date + 30 days |
| Fill cracks in pavement area. | II.A.12 | Effective Date + 30 days |
| Confirm completion of implemented BMPs in Paragraph 12.1-12.6. | II.A.12 | Within 15 days of completion of each BMP |

| | | |
|---|---|---|
| If prior to March 1 of reporting year, Facility has only collected samples from two (2) or fewer QSEs, collect samples during as many QSEs as necessary for the remainder of the reporting year until a minimum of four (4) storm events have been sampled for the reporting year. No two (2) samples may be from the same storm event. | II.B.15 | March 1, annually |
| Take photographs of the storm water discharge and discharge location when samples are collected. | II.B.15 | Commensurate with sample collection |
| Notify Coastkeeper when sample results are uploaded to SMARTS. | II.B.15 | Within 24 hours of upload |
| Develop and implement employee training program. | II.D.19-20 | Effective Date + 30 days |
| Submit to SMARTS a Level Exceedance Response Action Technical Report for copper, zinc, and aluminum.  Email Coastkeeper a copy of report. | II.E.21 | January 2, 2023; Within 10 days of submission |
| Amend SWPPP. | II.G.26 | Effective Date + 30 days |
| Revise SWPPP if there are any changes in the Facility's operations, including but not limited to changes to storm water discharge point(s) or changes or additions to the BMPs at the Facility.  Submit to Coastkeeper. | II.G.27-28 | Revise SWPPP within 30 days of occurrence of said events.  Submit to Coastkeeper within 30 days of revision. |
| Compliance monitoring payment. | II.H.30 | Effective Date + 45 days |
| Provide Coastkeeper with agency correspondence and documents | II.H.31 | Concurrently or within 10 days of receipt |

| | | |
|---|---|---|
| Mitigation payment. | II.I.32 | Effective Date + 45 days |
| Fees and costs payment. | II.I.33 | Effective Date + 45 days |
| Stipulated payments. | II.I.34 | Within 45 days of missed deadline |

# EXHIBIT 1



8 ft.

20 ft.

2x 20-micron cartridge filter

Back Flush Solids separation

1/2 yard mixed media pressure vessel

Solids Centrifuge

330- gallon Retention tank

8 ft.

Chem dosing pump flocculant

Chem dosing pump pH

22v 50A control

Primary lift pump

Mixed media pump

Notes:
- pH adjustment to convert metals to hydroxides
- Flocculant added to increase particle size pror to media filtration
- Media is 50/50 blend of zeolites and AOC
- 2x 700SFT 20-micron cartridge filters
- 25 min retention for chemistry
- Solids separation during operation and for backflush
- ~100 gpm flow rate

ADC Stormwater Treatment Unit
mixed media & chemical treatment

Chemical Dosing & Media filtration

Date: 8-30-22

Water414
Water414inc@gmial.com
714-240-1898

SOLIDWORKS Educational Product. For Instructional Use Only.

# EXHIBIT 2